Hearing Date: February 8, 2011
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Gold, Joseph E. | § | Case No. 10-19387 |
| | § | |
| Debtor | § | Hon. Eugene R. Wedoff |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on February 8, 2011
in Courtroom  744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Kenneth Gardner
                                             Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Gold, Joseph E. § Case No. 10-19387
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,500.48 |
| and approved disbursements of | $ | 42.00 |
| leaving a balance on hand of[1] | $ | 9,458.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,700.02 | $ 0.00 | $ 1,700.02 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE, LTD. | $ 2,373.50 | $ 0.00 | $ 2,373.50 |
| Attorney for Trustee Expenses: BALDI BERG & WALLACE, LTD. | $ 15.12 | $ 0.00 | $ 15.12 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 817.00 | $ 0.00 | $ 817.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,905.64 |
| Remaining Balance | | $ | 4,552.84 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,376.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,058.69 | $ 0.00 | $ 63.95 |
| 000002 | Chase Bank USA, N.A. | $ 9,888.08 | $ 0.00 | $ 597.26 |
| 000004 | FIFTH THIRD BANK | $ 25,291.86 | $ 0.00 | $ 1,527.67 |
| 000005 | FIFTH THIRD BANK | $ 11,448.26 | $ 0.00 | $ 691.49 |
| 000006 | American Express Bank, FSB | $ 5,422.72 | $ 0.00 | $ 327.54 |
| 000007 | American Express Bank, FSB | $ 9,426.19 | $ 0.00 | $ 569.36 |
| 000008 | WORLD'S FOREMOST BANK | $ 8,102.98 | $ 0.00 | $ 489.43 |
| 000009 | PYOD LLC its succ/assignee Citibank, NA | $ 2,984.00 | $ 0.00 | $ 180.24 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | PYOD LLC its succ/assigns Citibank, NA | $ 1,753.24 | $ 0.00 | $ 105.90 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,552.84 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales              Page 1 of 1                  Date Rcvd: Jan 07, 2011
Case: 10-19387                Form ID: pdf006              Total Noticed: 29
```

The following entities were noticed by first class mail on Jan 09, 2011.
```
db           +Joseph E. Gold,    5455 North Sheridan Road,    Apt. 310,    Chicago, IL 60640-1919
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty          +Robert D. Rotman,    Rotman & Elovitz, Ltd.,    134 N LaSalle St. Ste 200,    Chicago, IL 60602-1056
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
15498684     +American Express,    44th Floor,    200 Vesey Street,    New York, NY 10285-0002
16090923      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15498688     +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
15830646      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15498689     +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
15498690     +Dcfs Usa Llc,    c/o Riezman Berger PC,    7700 Bonhomme, 7th fl,    St Louis, MO 63105-1960
16057928     +FIFTH THIRD BANK,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
15498692     +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
15498683     +Fifth Third Bank Cc,    38 Fountain Square,    Cincinnati, OH 45263-0001
15498681     +Gold Joseph E,    5455 North Sheridan Road,    Apt 310,    Chicago, IL 60640-1919
15498693     +Hsbc Bank,    P. O.Box 5253,    Carol Stream, IL 60197-5253
15498694     +Joe Locascio,    1221 N. Dearborn,    Chicago, IL 60610-2256
15498695     +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
16147270     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15498682     +Rotman & Elovitz Ltd,    134 N LaSalle Suite 200,    Chicago, IL 60602-1056
15498696     +Sears/cbsd,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
15498697     +Sheffield Financial Co,    P O Box 1704,    Clemmons, NC 27012-1704
15912553      Sheffield Financial/Branch Banking and Trust,    Bankruptcy Section,    PO Box 1847,
              Wilson NC 27894-1847
16124655      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
15498698     +Worlds Foremost Bank N,    4800 N.W. 1st Street,    Lincoln, NE 68521-4463
```
The following entities were noticed by electronic transmission on Jan 07, 2011.
```
15498686     +E-mail/PDF: bankruptcynotices@bmwfs.com Jan 08 2011 02:41:02     BMW Financial Services,
              5550 Britton Pkwy,    Hilliard, OH 43026-7456
15498685     +Fax: 866-513-1948 Jan 08 2011 03:47:24      Banco Popular,    7 West 51st Street,
              New York, NY 10019-6910
15498687     +E-mail/Text: jraichel@cms-collect.com                            Capital Management Services, LP,
              726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
15498691      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2011 02:50:20
              Discover Financial Services LLC,    P.O. Box 15316,    Wilmington, DE  19850
15774690      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2011 02:50:29     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16121123*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2011               Signature:    _Joseph Speetjens_