**FILED**

**FEB -8 2011**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 10 B 19387
JOSEPH E. GOLD )
)
)
) Chapter 7
)
Debtor. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO BALDI BERG & WALLACE, LTD., COUNSEL TO THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $2,373.50 | TOTAL COSTS REQUESTED: | $15.12 |
| TOTAL FEES REDUCED: | $266.00 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $2,107.50 | TOTAL COSTS ALLOWED: | $15.12 |

**TOTAL FEES AND COSTS ALLOWED: $2,122.62**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(8)    **Trustee Work Can Not Be Compensated As Professional Services**
"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants, or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prarie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

Dated: February 8, 2011

Eugene R. Wedoff
United States Bankruptcy Judge

1

## Baldi Berg & Wallace, Ltd.

Gold - General Administration

12/04/2010

Page 2

In Reference to: *Gold - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/19/2010 | JDL | Prepare Motion to Sell property to debtor. | 0.90<br>$200.00/ hr | $180.00 |
| 8/19/2010 | JDL | Revise Motion to sell property to include additional offer (boats). | 0.80<br>$200.00/ hr | $160.00 |
| 8/23/2010 | JDL | Revise Motion to sell personal property. | 1.30<br>$200.00/ hr | $260.00 |
| 9/14/2010 | ECB | Review Motion to Sell, docket and debtor's schedules in preparation of hearing on sale motion (.3) Attend court and present motion (.4) Confer with Counsel for co-shareholder of Debtor's in EIFS Corporation regarding co-shareholder's interest in buying out D's shares or Trustee's abandonment of same (.1) Confer with Trustee re same (.1) | 0.90<br>$275.00/ hr | $247.50 |
| 12/02/2010 | RKP | Phone call to Sheffield Bank in effort to resolve Trustee's objection to secured claim | 0.10<br>$190.00/ hr | $19.00 |
| 12/03/2010 | RKP | Prepare BBW fee application (1.3); affidavit (.2); proposed order (.1); prepare Popowcer fee application (.8); proposed order (.1) and affidavit (.1) ⟨prepare Trustee final fee application (1.2); proposed order (.1) and affidavit (.1).⟩ | 4.00<br>$190.00/ hr | $760.00 |

(handwritten: ⑧    —1.4 hrs    —$266)

Total Hours    8.00    Total Fees    $1,626.50