UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Gold, Joseph E.                     §    Case No. 10-19387
                                    §
          Debtor(s)                 §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Banco Popular 7 West 51st Street New York, NY 10019 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sheffield Financial Co P O Box 1704 Clemmons, NC 27012 | | | | | |
| 000003 | SHEFFIELD FINANCIAL/BRANCH BANKING | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMW Financial Services 5550 Britton Pkwy Hilliard, OH 43026 | | | | | |
| | Banco Popular 7 West 51st Street New York, NY  10019 | | | | | |
| | Capital Management Services, LP 726 Exchange Street, Suite 700 Buffalo, NY  14210 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dcfs Usa Llc 36455 Corporate Dr Farmington Hills, MI 48331 | | | | | |
| | Dcfs Usa Llc 36455 Corporate Dr Farmington Hills, MI 48331 | | | | | |
| | Fifth Third Bank 5050 Kingsley Drive Cincinnati, OH  45227 | | | | | |
| | Fifth Third Bank 5050 Kingsley Drive Cincinnati, OH  45227 | | | | | |
| | Hsbc Bank P. O.Box 5253 Carol Stream, IL  60197 | | | | | |
| | National City Card Ser 1 National City Pkwy Kalamazoo, MI  49009 | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIFTH THIRD BANK | | | | | |
| 000005 | FIFTH THIRD BANK | | | | | |
| 000010 | PYOD LLC ITS SUCC/ ASSIGNS CITIBANK | | | | | |
| 000009 | PYOD LLC ITS SUCC/ASSIGN CITIBANK | | | | | |
| 000008 | WORLD'S FOREMOST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-19387 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Gold, Joseph E. | | | Date Filed (f) or Converted (c): | 04/29/10 (f) |
| | | | | 341(a) Meeting Date: | 06/21/10 |
| For Period Ending: | 04/03/11 | | | Claims Bar Date: | 09/24/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5455 North Sheridan Road, No. 310, Chicago, Illino | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 300.00 | 0.00 | | 0.00 | FA |
| 3. Corporate - Account No. 7235029621 | 300.00 | 0.00 | | 0.00 | FA |
| 4. Bed, couch, coffe table, end table, 2 dvd, 2 Tv, | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Firearms- 2 Ruger 22 cal pistols, 1 Ruger 1022 ri | 1,200.00 | 0.00 | | 0.00 | FA |
| 7. 100% shareholder of Cognoscenti, Inc.- See list of | 17,475.00 | 8,000.00 | | 8,000.00 | FA |
| 8. 33 % stockholder of EIFS, Ltd. Truste compelled to abandon per order 9/22/10 | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. 1995 Carolina Skiff Boat and Trailer | 2,650.00 | 1,400.00 | | 1,400.00 | FA |
| 10. 2008 Mercedez E 320- leased | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2009 Mercedez C300 Sport - leased | 0.00 | 0.00 | | 0.00 | FA |
| 12. Grummond Canoe | 300.00 | 100.00 | | 100.00 | FA |
| 13. Vespa Motor Scooter | 3,500.00 | 0.00 | | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.04 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $147,725.00      $9,500.00      $9,501.04      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated assets; retained accountant for prepration of tax return; TFR filed; final hearing scheduled 2/8/11

Initial Projected Date of Final Report (TFR): 01/06/11      Current Projected Date of Final Report (TFR): 12/30/10

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.01c

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-19387 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Gold, Joseph E. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6493 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6395 | | | |
| For Period Ending: | 04/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/10 | 7, 9, 12 | JOSEPH GOLD c/o Chase Cashier's Check | SALE OF PERSONAL PROPERTY | 1129-000 | 9,500.00 | | 9,500.00 |
| 10/29/10 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,500.24 |
| 11/17/10 | | Transfer to Acct #*******6600 | Bank Funds Transfer Transfer Funds to Pay Estate State Income Tax | 9999-000 | | 42.00 | 9,458.24 |
| 11/30/10 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,458.48 |
| 12/31/10 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,458.72 |
| 01/31/11 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,458.96 |
| 02/28/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,459.03 |
| 03/03/11 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 9,459.04 |
| 03/03/11 | | Transfer to Acct #*******6600 | Final Posting Transfer For Final Disribution | 9999-000 | | 9,459.04 | 0.00 |

| Account *******6493 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 9,500.00 | 0 | Checks | 0.00 |
| 6 | Interest Postings | 1.04 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 9,501.04 |
| | Subtotal | $ 9,501.04 | | | |
| | | | | Total | $ 9,501.04 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 9,501.04 | | | |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 16.01c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-19387 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Gold, Joseph E. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6600 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6395 | | |
| For Period Ending: | 04/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/10 | | Transfer from Acct #*******6493 | Bank Funds Transfer | 9999-000 | 42.00 | | 42.00 |
| 11/17/10 | 001001 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | Transfer Funds to Pay Estate State Income Tax<br>2010 Form IL-1041<br>35-6866395 | 2820-000 | | 42.00 | 0.00 |
| 03/03/11 | | Transfer from Acct #*******6493 | Transfer In From MMA Account<br>For Final Disribution | 9999-000 | 9,459.04 | | 9,459.04 |
| 03/03/11 | 001002 | BALDI BERG & WALLACE, LTD.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,107.50 | 7,351.54 |
| 03/03/11 | 001003 | BALDI BERG & WALLACE, LTD.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 15.12 | 7,336.42 |
| 03/03/11 | 001004 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 817.00 | 6,519.42 |
| 03/03/11 | 001005 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,700.02 | 4,819.40 |
| 03/03/11 | 001006 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 6.39% | 7100-000 | | 67.69 | 4,751.71 |
| 03/03/11 | 001007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 6.39% | 7100-000 | | 632.23 | 4,119.48 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-19387 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Gold, Joseph E. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6600 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6395 | | |
| For Period Ending: | 04/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/03/11 | 001008 | FIFTH THIRD BANK<br>POST OFFICE BOX 829009<br>DALLAS, TEXAS 75382 | Claim 000004, Payment 6.39% | 7100-000 | | 1,617.11 | 2,502.37 |
| 03/03/11 | 001009 | FIFTH THIRD BANK<br>POST OFFICE BOX 829009<br>DALLAS, TEXAS 75382 | Claim 000005, Payment 6.39% | 7100-000 | | 731.98 | 1,770.39 |
| 03/03/11 | 001010 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 6.39% | 7100-000 | | 346.72 | 1,423.67 |
| 03/03/11 | 001011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 6.39% | 7100-000 | | 602.69 | 820.98 |
| 03/03/11 | 001012 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000008, Payment 6.39% | 7100-000 | | 518.09 | 302.89 |
| 03/03/11 | 001013 | PYOD LLC its succ/assignee Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000009, Payment 6.39% | 7100-000 | | 190.79 | 112.10 |
| 03/03/11 | 001014 | PYOD LLC its succ/assigns Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000010, Payment 6.39% | 7100-000 | | 112.10 | 0.00 |

LFORM2T4   UST Form 101-7-TDR (10/1/2010) *(Page: 11)*                                                              Ver: 16.01c

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-19387 -ERW |
| Case Name: | Gold, Joseph E. |
| Taxpayer ID No: | *******6395 |
| For Period Ending: | 04/03/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6600 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6600

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 14 | Checks | 9,501.04 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 9,501.04 |
| 2 | Transfers In | 9,501.04 | | | |
| | Total | $ 9,501.04 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 9,500.00 | 14 | Checks | 9,501.04 |
| 6 | Interest Postings | 1.04 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 9,501.04 |
| | Subtotal | $ 9,501.04 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 19,002.08 |
| 2 | Transfers In | 9,501.04 | | | |
| | Total | $ 19,002.08 | | Net Total Balance | $ 0.00 |